542

tion to the proper District Court of the United States or Judge. *Mr. Gorham O. Steve, pro se.*

No. —, original. Ex parte Morgan. October 14, 1935. The motion for leave to file petition for writ of mandamus is denied. *Mr. Harlen O. Morgan, pro se.*

No. 10, original (October Term, 1934). New Jersey *v.* New York City. October 14, 1935. The City of New York having filed a motion for leave to file a petition praying this Court to direct the State of New Jersey to show cause why (1) a ruling should not be made to the effect that the dumping of sludge, free from any matter capable of floating, at places not less than 10 miles from any shore is not a violation of the injunction order of this Court dated December 4, 1933, or (2) in the alternative why this Court should not modify its order of December 4, 1933, so as to permit the City of New York to dump nonfloating sewage sludge as aforesaid.

It is ordered that a rule issue, returnable on or before November 18, next, requiring the State of New Jersey to show cause why leave to file the petition should not be granted. *Messrs. Paul Windels, Paxton Blair, and F. Pearson Shortridge* for the City of New York, in support of the motion.

No. 11, original. Washington *v.* Oregon. October 14, 1935. The report of the Special Master herein is received and ordered to be filed.